By CERTIFIED MAIL # 7019 1120 0000 9945 6839

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IBRAHIM ELGABROWNY,  )
                    )
        Plaintiff,  )
                    )   Case: 1:17-cv-00066
    v.              )   Assigned To : Chutkan, Tanya S.
                    )   Assign. Date : 1/11/2017
CENTRAL INTELLIGENCE AGENCY, et al., )  Description: Pro Se Gen. Civil (F Deck)
                    )
        Defendants. )

MOTION OF EXTENSION OF TIME

1). COMES NOW, PLAINTIFF, IBRAHIM ELGABROWNY, PRO SE, MOVES PURSUANT TO Fed. R. Civ. P 6(b)(1) FOR EXTENSION OF TIME TO FILE HIS REPLY TO EOUSA'S RENEWED MOTION FOR SUMMARY JUDGMENT (DOCUMENT #76), UP TO AND INCLUDING (MAR-16-2020).

2). PURSUANT TO THIS COURT ORDER DATED (DEC-12-2019), PLAINTIFF'S SURREPLY MENTIONED ABOVE IS DUE BY (MAR-2-2020).


RECEIVED
Mail Room
MAR - 5 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

3) - Due to the fact that the computer in the institution's law library has been down, so, plaintiff was not able to finish his legal research that needed to perfect his Reply.

4) This Request of two weeks of extension of time is being made in good faith and not for purpose of Delay.

5) Pursuant to Local R 7(m), plaintiff did not confer with the AUSA representing the Defendant in this case.

6) Plaintiff believe that no prejudice will happen to the Defendant if this request of extension of

TIME IS GRANTED.

WHEREFORE, plaintiff respectfully request that this court grant his motion for two weeks extension of time up to and including (MAR-16-2020) for him to submit his reply to the EOUSA's Renewed Motion for Summary Judgment.

Respectfully

*[signature]*

IBRAHIM ELGABROWNY
# 28054-054
FCI ELKTON
P.O. BOX 10
LISBON, OH  44432

DATED (MAR-1-2020)

CERTIFICATE OF SERVICE

I hereby certify that on this   day of        , the foregoing has been served to William Chang, AUSA, 555 4th St NW Washington D.C. 20530 via first class mail.

Respectfully submitted.

Ibrahim Elgabrowny

DATED (MAR-1-2020)

AFFIDAVIT

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted.

Ibrahim Elgabrowny

DATED (MAR-1-2020)

NAME: [redacted]
REG.#: 28054-054
Federal Correctional Institution Elkton
P.O. Box 10
Lisbon, Ohio 44432

CERTIFIED MAIL
7019 1120 0000 9945 6839

☜ 28054-054 ☞
Clerk Of The Court
U.S. District Court
333 Constitution AVE NW
Room 1225
Washington, DC 20001
United States

CLERC of THE CouRT
U.S. DisT Ct
333 ConsTiTuTion AVE NW
Room 1225
WASHiNGTon D.C. 20001

U.S. POSTAGE PAID
FCM LG ENV
LISBON, OH
44432
MAR 02, 20
AMOUNT
$0.00
R2305M145065-03