UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM ELGABROWNY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 17-0066 (TSC) |

**DEFENDANTS' STATUS REPORT**

Pursuant to the Court's April 7, 2020 Minute Order, Defendants U.S. Department of State ("State") and Central Intelligence Agency ("CIA"), through undersigned counsel, submit this status report for the Court's consideration in this Freedom of Information Act ("FOIA") case.

On April 7, 2020, the Court stayed this matter at Defendants' request because of COVID-19 related limitations on CIA's and State's ability to complete its affidavits and *Vaughn* indices for this case. As of the date of this status report, State personnel still do not have access to the on-site document storage and review platform that contains the records for this case. While State personnel have made progress remotely on the preparation of the search declaration, State is unable to prepare a *Vaughn* index until normal FOIA operations resume. Defendant CIA is also still prioritizing mission-critical functions. CIA's FOIA staffing and processing capabilities have been significantly reduced and have not yet returned to normal. At this time, CIA anticipates that it can complete its affidavit and *Vaughn* index by the end of August, 2020.

Given the above, Defendants CIA and State respectfully suggest that the stay remain in place and that the Court enter an Order requiring Defendants to file a status report by August 31, 2020, updating the Court on the status of FOIA operations at CIA and State.

Dated: June 8, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
United States Attorney for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

 /s/ William Chang
WILLIAM CHANG
D.C. BAR # 1030057
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2510
William.chang2@usdoj.gov

Counsel for Defendants

## CERTIFICATE OF SERVICE

      I CERTIFY that on this 8th day of June, 2020, the foregoing was served on Plaintiff by first-class mail, postage pre-paid, and addressed as follows:

Ibrahim Elgabrowny
R28054-054
Elkton
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 10
Lisbon, OH, 44432

                                       /s/ *William Chang*
                                      WILLIAM CHANG